UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | EDCV 19-01158-CJC (GJSx) | Date | June 3, 2022 |
|---|---|---|---|
| Title | Brian Whitaker v. John Varvatos Enterprises, Inc. et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER CLOSING THIS CASE**

In light of Plaintiff's Notice of Conclusion of Action in Principle Dkt. 49, the Court VACATES all upcoming deadlines and hearings in this action and DIRECTS the Clerk to administratively close this case.

Initials of Deputy Clerk   rrp

CC: